**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jlee@maclaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVDD, LLC DBA Dunkin' Donuts<br><br>Defendant. | Case No.: 2:17-cv-01305-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the above-named parties, Plaintiff, Kevin Zimmerman ("Plaintiff"), by and through his counsel of record, the Wilcher Firm; and Defendant, LVDD, LLC DBA Dunkin' Donuts ("Defendant"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing:

    1.    The claims against Defendant are dismissed with prejudice;

    2.    Each party shall bear his/its own costs and attorney's fees incurred in this action; and

/ / /

/ / /

/ / /

MAC: 9322-107 3312003_1 2/24/2018 1:35 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. All calendared-matters in the above-captioned case are moot and can be taken off calendar.

Dated this 2⸍ day of February, 2018          Dated this 28th day of February, 2018

THE WILCHER FIRM          MARQUIS AURBACH COFFING

By: _____          By: _____
Whitney C. Wilcher, Esq.          Terry A. Coffing, Esq.
Nevada Bar No. 7212          Nevada Bar No. 4949
8465 West Sahara Ave., Ste. 111-236          Jonathan B. Lee, Esq.
Las Vegas, Nevada 89117          Nevada Bar No. 13524
*Attorney for Plaintiff*          10001 Park Run Drive
          Las Vegas, Nevada 89145
          *Attorneys for Defendant*

## ORDER

Based upon the foregoing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims Plaintiff has asserted in this action against the Defendant are dismissed with prejudice; and

**IT IS SO ORDERED** this __7__ day of ___March___, 2018.

Respectively submitted by:

MARQUIS AURBACH COFFING

By: _____          _____
Terry A. Coffing, Esq.          Gloria M. Navarro, Chief Judge
Nevada Bar No. 4949          UNITED STATES DISTRICT COURT
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*

MAC: 9322-107 3312003_1 2/24/2018 1:35 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816